**Alice M. OHLAND v. Henry N. OHLAND, No. 158-79**

November 7, 1979. Appellee's motion to vacate stay of judgment pending appeal is denied.

**David S. HODGDON, Sr. v. Earl STOCKWELL, No. 244-79**

November 7, 1979. Motion for extension of time to file printed case granted. Printed case to be filed on or before November 19, 1979.

Billings, J.

**Daisey H. K. FRAPPIER v. Victor J. FRAPPIER, No. 220-79**

November 8, 1979. Upon payment of fifty dollars terms to the clerk of this Court for the benefit of the appellee, appellant has leave to proceed without transcript and file printed case and brief on or before November 19, 1979, otherwise appeal will be dismissed.

**STATE of Vermont v. SHOP & SAVE FOOD MARKETS, INC., No. 262-79**

November 8, 1979. Extraordinary circumstances not being shown, amicus curiae's motion to participate in oral argument is denied. V.R.A.P. 29.

**STATE of Vermont v. Henry C. HASTINGS, No. 401-79**

November 8, 1979. Revocation of bail reversed; conditions of bail reinstated; cause remanded for further hearing if either party so indicates and for required findings consistent with the mandate of *State* v. *Brown,* 136 Vt. 561, 396 A.2d 134 (1978), that breach of conditions not only created a danger to the public, *State* v. *Pray,* 133 Vt. 537, 346 A.2d 227 (1975), but also as to the likelihood of nonappearance, *State* v. *Churchill,* 133 Vt. 338, 341 A.2d 22 (1975); see *State* v. *Ranzona,* 137 Vt. 634, 405 A.2d 1228 (1979) (Billings, J., presiding).

**IN RE TOWN HILL WATER CO., INC., No. 193-79**

November 9, 1979. Appellant's motion to strike is denied.

Daley, J.

**Radu TENENBAUM v. Wayne STOUT, No. 224-79**

November 9, 1979. Motion to dismiss granted. Cause dismissed.